UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MARCIA GOLDBERG, *Individually and on Behalf of All Others Similarly Situated*, <br><br> Plaintiff, <br><br> v. <br><br> DELOY MILLER, *et al* <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 3:15-CV-546 ) ) ) ) ) |

## ORDER

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that the above-captioned case is related to <u>In re Miller Energy Resources, Inc. Securities Litigation</u>, No. 3:11-CV-386. The Court finds that these cases involve class actions lawsuits with similar claims arising out of the Securities Exchange Act and name current and former officers and directors of Miller Emergency Resources, Inc., as defendants. Therefore, the two cases are related. <u>See</u> E.D. Tenn. L.R. 3.2(d)(3)(A)(1).

Because the first of these cases was assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley, Jr., this case will also be assigned to Chief District Judge Thomas A. Varlan and Magistrate Judge C. Clifford Shirley, Jr. However, consolidation is not ordered.

**IT IS SO ORDERED**.

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge