UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| MARCIA GOLDBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELOY MILLER, et al.,<br><br>Defendants. | ) | No.: 3:15-CV-545-TAV-CCS |
| KENNETH GAYNOR, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>DELOY MILLER, et al.,<br><br>Defendants. | ) | No.: 3:15-CV-00546-TAV-CCS |

**ORDER**

Upon the Court's review of the record of this case, these civil actions were filed on or about December 9, 2015 [Doc. 1]. The record contains no evidence that plaintiffs have achieved service of process on defendant David J. Voyticky.

Accordingly, plaintiffs are hereby **ORDERED**, within twenty-one (21) days from the date of this order, to show cause why the case against defendant David J. Voyticky should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE