**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE**

| | |
|---|---|
| KENNETH GAYNOR, et al., Individually, and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DELOY MILLER, et al.<br><br>Defendants. | CASE NO. 3:15-cv-545-TAV-CCS<br><br>(Consolidated)<br><br>Varlan/Shirley<br><br>**INDIVIDUAL DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S MASTER CONSOLIDATED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Merrill A. McPeak, Don A. Turkleson, Marceau N. Schlumberger, Bob G. Gower, Joseph T. Leary, Charles M. Stivers, David M. Hall, William B. Richardson, and Catherine Rector (the "Moving Individual Defendants") hereby move to dismiss Plaintiff's Master Consolidated Complaint pursuant to the provisions of Federal Rules of Civil Procedure 12(b)(6). This motion is based on this Notice and Defendants' concurrently filed Memorandum of Points and Authorities, Declaration of Robert D. Weber, Request for Judicial Notice, and argument of counsel at the hearing.

DATED: February 21, 2017

Respectfully submitted,

**DLA PIPER LLP (US)**

__/s/ Robert D. Weber______________

Perrie M. Weiner (admitted *pro hac vice*)
Robert D. Weber (admitted *pro hac vice*)
2000 Avenue of the Stars, Fourth Floor
Los Angeles, CA 90067
Telephone: (310) 595-3000

Stephen A. Marcum (#7019)

MARCUM & PETROFF
Three Courthouse Square
P. O. Box 240
Huntsville, TN 37756
Telephone: (423) 663-9755
Fax 423-663-2111

Attorneys for Defendants Charles M. Stivers, David M. Hall, Merrill A. McPeak, Don A. Turkleson, Marceau N. Schlumberger, Bob G. Gower, Joseph T. Leary, William B. Richardson and Catherine Rector

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed, postage prepaid, and/or sent by electronic mail to the following:

Barrett Johnston Martin & Garrison, LLC
Douglas S. Johnston, Jr.
Jerry E. Martin
Timothy L. Miles
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219

Robbins Geller Rudman & Dowd LLP
Christopher M. Wood
414 Union Street, Suite 900
Nashville, TN 37219

Robbins Geller Rudman & Dowd LLP
Samuel H. Rudman
Mary K. Blasy
58 South Service Road, Suite 200
Melville, NY 11747

Law Offices of Curtis V. Trinko, LLP
Curtis V. Trinko
William Margrabe
16 West 46th Street, 7th Floor
New York, NY 10036

*Attorneys for Plaintiff*

Bass, Berry & Sims PLC
W. Brantley Phillips, Jr.
Jeffrey P. Yarbro
150 Third Avenue South, Suite 2800
Nashville, TN 37201

Bass, Berry & Sims PLC
Shayne R. Clinton (BPR # 026245)
1700 Riverview Tower
900 S. Gay Street
Knoxville, TN 37902

Williams & Connolly LLP
Steven M. Farina
Margaret A. Keeley
Amanda M. MacDonald
725 Twelfth Street NW
Washington, D.C. 20005
*Attorneys for the Underwriter Defendants*

Lawrence P. Leibowitz
Leibowitz Law Firm, PLLC
608 South Gay Street, Suite 200
Knoxville, TN 37902-1637
*Attorney for Defendant Scott M. Boruff*

David J. Voyticky
41 Eastern Pkwy. A
Brooklyn, NY 11238

Paul W. Boyd
8125 Ainsworth Dr.
Knoxville, TN 37909

*Defendants*

Dated: February 21, 2017

s/Robert D. Weber
Perrie M. Weiner
Robert D. Weber
DLA Piper LLP
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 960067
*Attorneys for Defendants Deloy Miller, Catherine A. Rector, David M. Hall, Merrill A. McPeak, Don A. Turkleson, Bob G. Gower, Joseph T. Leary, and Marceau N. Schlumberger*